

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| GEORGE A. MOLINAR, | § | No. 08-14-00299-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| MOHD RAFAEI, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2013-CCV02705) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's Reply Brief first motion for extension of time within which to file the brief until **January 7, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that George A. Molinar, the Appellant, prepare the Appellant's reply brief and forward the same to this Court on or before January 7, 2016.

IT IS SO ORDERED this 16th day of December, 2015.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.